**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

| | |
|---|---|
| UNITY SCHOOL OF CHRISTIANITY, CORP., <br><br> Plaintiff, <br><br> v. <br><br> UNITY OF GULFPORT, INC., KIMBERLY HARRELL, WILLIAM THOMAS, WILLIAM KLETT, CINDY ZONTEK, and TAMMY MCCREERY <br><br> Defendants. | Civil Action No. 8:24-cv-01695 |

**SUMMONS IN A CIVIL ACTION**

To:   Unity of Gulfport, Inc, by and through its registered agent, Kimberly D. Harrell, 2608 53rd Street South, Gulfport, FL 33707.

                 \*\*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

        Nardo Dorsin
        POLSINELLI PC
        315 S. Biscayne Blvd., Suite 400
        Miami, FL  33131
        305-921-1811
        ndorsin@polsinelli.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

                                                            CLERK OF COURT

Date: _____      _____
                                                                      *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed.R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* _____ was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ;or

☐ I returned the summons unexecuted because _____ ;; or

☐ Other *(specify):* _____

My fees are $_____ for travel and $_____ for services, for a total of $_____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted services, etc. _____

# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | |
|---|---|
| UNITY SCHOOL OF CHRISTIANITY, CORP., <br><br> Plaintiff, <br><br> v. <br><br> UNITY OF GULFPORT, INC., KIMBERLY HARRELL, WILLIAM THOMAS, WILLIAM KLETT, CINDY ZONTEK, and TAMMY MCCREERY <br><br> Defendants. | Civil Action No. 8:24-cv-01695 |

## SUMMONS IN A CIVIL ACTION

To:   Kimberly D. Harrell, 2608 53rd Street South, Gulfport, FL 33707.

\*\*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

>   Nardo Dorsin
>   POLSINELLI PC
>   315 S. Biscayne Blvd., Suite 400
>   Miami, FL  33131
>   305-921-1811
>   ndorsin@polsinelli.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____          _____

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed.R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* _____ was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____;or

☐ I returned the summons unexecuted because _____;; or

☐ Other *(specify):* _____

My fees are $_____ for travel and $_____ for services, for a total of $_____.

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted services, etc. _____

**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

| | |
|---|---|
| UNITY SCHOOL OF CHRISTIANITY, CORP., <br><br> Plaintiff, <br><br> v. <br><br> UNITY OF GULFPORT, INC., KIMBERLY HARRELL, WILLIAM THOMAS, WILLIAM KLETT, CINDY ZONTEK, and TAMMY MCCREERY <br><br> Defendants. | Civil Action No. 8:24-cv-01695 |

**SUMMONS IN A CIVIL ACTION**

To: William Thomas, 2608 53rd Street South, Gulfport, FL 33707.

\*\*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Nardo Dorsin
> POLSINELLI PC
> 315 S. Biscayne Blvd., Suite 400
> Miami, FL  33131
> 305-921-1811
> ndorsin@polsinelli.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____    _____
                                                                              *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed.R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* _____ was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there, on *(date)* _____

_____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ;or

☐ I returned the summons unexecuted because _____ ;; or

☐ Other *(specify):* _____

_____

My fees are $_____ for travel and $_____ for services, for a total of $_____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____

_____
*Server's address*

Additional information regarding attempted services, etc. _____

_____

**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

| | |
|---|---|
| UNITY SCHOOL OF CHRISTIANITY, CORP., <br><br> Plaintiff, <br><br> v. <br><br> UNITY OF GULFPORT, INC., KIMBERLY HARRELL, WILLIAM THOMAS, WILLIAM KLETT, CINDY ZONTEK, and TAMMY MCCREERY <br><br> Defendants. | Civil Action No. _____ |

**SUMMONS IN A CIVIL ACTION**

To:   William Klett, 2608 53rd Street South, Gulfport, FL 33707.

\*\*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Nardo Dorsin
> POLSINELLI PC
> 315 S. Biscayne Blvd., Suite 400
> Miami, FL  33131
> 305-921-1811
> ndorsin@polsinelli.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____       _____
                                                                                     *Signature of Clerk or Deputy Clerk*

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed.R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* _____ was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ;or

☐ I returned the summons unexecuted because _____ ;; or

☐ Other *(specify):* _____

My fees are $_____ for travel and $_____ for services, for a total of $_____.

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted services, etc. _____

## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

UNITY SCHOOL OF CHRISTIANITY, CORP.,

    Plaintiff,

    v.

UNITY OF GULFPORT, INC., KIMBERLY HARRELL, WILLIAM THOMAS, WILLIAM KLETT, CINDY ZONTEK, and TAMMY MCCREERY

    Defendants.

Civil Action No. 8:24-cv-01695

## SUMMONS IN A CIVIL ACTION

To:    Cindy Zontek, 2608 53rd Street South, Gulfport, FL 33707.

    \*\*

A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Nardo Dorsin
    POLSINELLI PC
    315 S. Biscayne Blvd., Suite 400
    Miami, FL  33131
    305-921-1811
    ndorsin@polsinelli.com

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

    CLERK OF COURT

Date: _____

    *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed.R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* _____ was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there, on *(date)* _____

_____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ;or

☐ I returned the summons unexecuted because _____ ;; or

☐ Other *(specify):* _____

_____

My fees are $_____ for travel and $_____ for services, for a total of $_____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____

_____
*Server's address*

Additional information regarding attempted services, etc. _____

_____

**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

| | |
|---|---|
| UNITY SCHOOL OF CHRISTIANITY, CORP., <br><br> Plaintiff, <br><br> v. <br><br> UNITY OF GULFPORT, INC., KIMBERLY HARRELL, WILLIAM THOMAS, WILLIAM KLETT, CINDY ZONTEK, and TAMMY MCCREERY <br><br> Defendants. | Civil Action No. 8:24-cv-01695 |

**SUMMONS IN A CIVIL ACTION**

To:     Tammy McCreery, 2608 53rd Street South, Gulfport, FL 33707.

\*\*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Nardo Dorsin
> POLSINELLI PC
> 315 S. Biscayne Blvd., Suite 400
> Miami, FL  33131
> 305-921-1811
> ndorsin@polsinelli.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____     _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed.R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* _____ was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____ _____ on *(date)* _____; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____;or

☐ I returned the summons unexecuted because _____;; or

☐ Other *(specify):* _____

My fees are $_____ for travel and $_____ for services, for a total of $_____.

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted services, etc. _____